UNITED STATES of America, Plaintiff—Appellee,

v.

Lorenzo Gomez CHICHIL, Defendant—Appellant.

United States of America, Plaintiff—Appellee,

v.

Lorenzo Gomez Chichil, a/k/a Lorenzo Gomez Chichill and "Silent" Alfredo Gomez, Defendant—Appellant.

Nos. 05–50113, 05–50127.

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

Submitted July 24, 2006.*

Decided July 28, 2006.

Bruce Riordan, Esq., Becky S. Walker, Esq., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Donald C. Randolph, Esq., Randolph & Associates, Santa Monica, CA, for Defendant–Appellant.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

## MEMORANDUM **

Lorenzo Gomez Chichil appeals from the 180–month sentence imposed upon remand from this court. He was convicted by a jury of distributing cocaine base, in violation of 21 U.S.C. § 841(a)(1); conspiracy, in violation of 21 U.S.C. § 846; and illegally carrying a firearm in relation to a drug trafficking offense, in violation of 18 U.S.C. § 924. We have jurisdiction under 28 U.S.C. § 1291, and we vacate and remand for resentencing.

Chichil contends on appeal, as he did at the de novo resentencing, that the mandatory minimum sentence of 120 months under 21 U.S.C. § 841(b)(1)(A) was unconstitutional because the sentence imposed was based on judge-found facts regarding the quantity of drugs involved. We agree. The district court's use of a statutory sentencing range that exposed Chichil to a higher maximum than that permitted by

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

the jury's finding violated *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). *See United States v. Velasco–Heredia*, 319 F.3d 1080, 1085 (9th Cir.2003).

**VACATED and REMANDED.**